UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 03-CV-7664

Caption [use short title]

03-76604

NHCT
03cv-911
Dorsey

John A. Lesemann, et al.

Motion for: Voluntary Dismissal

v.

Set forth below precise, complete statement of relief sought:
Dismissal of appeal

GeneOpti Nutrition Companies, Inc., et al.

MOVING PARTY: Carlon M. Colker
☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: John A. Lesemann, et al.

MOVING ATTORNEY: Jonathan P. Whitcomb
[name of attorney, with firm, address, phone number and e-mail]

OPPOSING ATTORNEY [Name]: Leonard V. Fodera
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: United States District Court for District of Connecticut, J. Dorsey

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☒ Yes   ☐ No
B. been obtained?   ☒ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: _____   Date: 9/16/03

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Angela Martin

ORDER

Treating the consented to appeal as a stipulation for voluntary dismissal of
IT IS HEREBY ORDERED THAT the stipulation is approved. SO ORDERED.

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court
_____ G. Bass
STAFF COUNSEL

Date: Dec. 1, 2003

FILED DEC - 1 2003

FORM T-1080 (REVISED 10/31/02).

CERTIFIED:   DEC - 2 2003